WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-BR3, Mortgage Pass-Through Certificates, Series 2007-BR3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; LAWYERS TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00297-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 9-11]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-BR3, Mortgage Pass-Through Certificates, Series 2007-BR3 ("Deutsche Bank Trustee") and Specially-Appearing Defendant Fidelity National Title Group ("FNTG"), Defendant Fidelity National Title Insurance Company ("FNTIC") and Lawyers Title of Nevada, Inc. ("Lawyers Title") (collectively the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 22, 2021, Deutsche Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-829841-C [ECF No. 1-1];
2. On February 22, 2021, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On March 18, 2021, Defendants filed their Motions to Dismiss [ECF Nos. 9-11];
4. Deutsche Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently April 1, 2021;
5. Deutsche Bank Trustee's counsel is requesting an extension until Monday, May 3, 2021, to file its response to the pending Motions to Dismiss;
6. This extension is requested to allow counsel for Deutsche Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motions;
7. Counsel for Defendants does not oppose the requested extension;
8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 30th day of March, 2021. | DATED this 30th day of March, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2007-BR3, Mortgage Pass-Through Certificates, Series 2007-BR3* | /s/ Kevin S. Sinclair<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Boulevard, Suite 400<br>Encino, California 91436<br>*Attorney for Defendants, Fidelity National Title Group, Fidelity National Title Insurance Company and Lawyers Title of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated March 31, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE