Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3,<br><br>                  Plaintiff,<br><br>        vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>                Defendants. | Case No.: 2:21-cv-00297-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 14] AND MOTION FOR FEES AND COSTS [ECF No. 15]**<br><br>**(First Request)** |



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS

Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff Deutsche Bank National Trust Company ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 22, 2021, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-829841-C [ECF No. 1-1];

2. On February 22, 2021, Fidelity filed a Petition for Removal to this Court [ECF No. 1];

3. On March 24, 2021, Deutsche Bank filed a Motion for Remand [ECF No. 14];

4. On March 24, 2021, Deutsche Bank filed a Motion for Costs and Fees [ECF No. 15];

5. Fidelity's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees is currently April 7, 2021;

6. Fidelity's counsel is requesting an extension until Wednesday, April 28, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

7. Fidelity requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Fidelity additional time to respond to the legal arguments set forth in Deutsche Bank's motions;

8. Deutsche Bank does not oppose the requested extension;

9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

608254.1

1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS

1      **IT IS SO STIPULATED** that Fidelity's deadline to respond to Deutsche Bank's Motion

2 for Remand [ECF No. 14] and Motion for Costs and Fees [ECF No. 15] is hereby extended

3 through and including April 28, 2021.

4

5 Dated: April 6, 2021                 EARLY SULLIVAN WRIGHT
                                   GIZER & McRAE LLP

6

7                                   By:  */s/-- Sophia S. Lau*
                                     SCOTT E. GIZER

8                                      SOPHIA S. LAU
                                     Attorneys for Defendant FIDELITY

9                                      NATIONAL TITLE INSURANCE
                                     COMPANY

10

11 Dated: April 6, 2021                 SINCLAIR BRAUN LLP

12                                   By:  */s/-Kevin S. Sinclair*
                                     KEVIN S. SINCLAIR

13                                      Attorneys for Defendant FIDELITY
                                     NATIONAL TITLE INSURANCE

14                                      COMPANY

15 Dated: April 6, 2021                 WRIGHT FINLAY & ZAK, LLP

16                                   By:  */s/-Lindsay D. Robbins*
                                     LINDSAY D. ROBBINS

17                                      Attorneys for Plaintiff DEUTSCHE BANK

18                                      NATIONAL TRUST COMPANY

19

     **IT IS SO ORDERED:**

20

21

22 Dated: _April 14, 2021_____           By: _____
                                     UNITED STATES DISTRICT COURT

23                                      JUDGE

24

25

26

27



28

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

608254.1

1

## CERTIFICATE OF SERVICE

2

3       I hereby certify that on April 6, 2021, I electronically filed the foregoing with the Clerk

4   of the Court using the CM/ECF system which will send notification of such filling to the

5   Electronic Service List for this Case.

6       I declare under penalty of perjury under the laws of the United State of America that the

7   foregoing is true and correct.

8

9

10                          */s/ D'Metria Bolden*
                              D'METRIA BOLDEN
11                            An Employee of EARLY SULLIVAN
                              WRIGHT GIZER & McRAE LLP
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS**

608254.1